IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA SIMS AND MATTHEW SIMS | * | |
| | * | |
| v. | * | Civil No. JFM-14-3035 |
| | * | |
| PROGRESSIVE DIRECT | * | |
| INSURANCE CO. | * | |
| | ***** | |

MEMORANDUM

This action was originally instituted in the Circuit Court of Greene County, Missouri. Defendant removed the action to this court. Plaintiffs have filed a motion to remand.

The action was properly removed and technically it may well be that the motion to remand should be denied. However, plaintiffs now agree that Count III – which seeks to state a claim for a bad faith denial of coverage – does not state a claim upon which relief can be granted. Further, plaintiffs state that the highest possible award for attorneys' fees would be $16,545.00. Of course, if plaintiffs were to attempt to proceed with a bad faith claim or seek attorneys' fees in excess of $16,545.00, they would be judicially estopped from doing so in light of the representations that they have made in seeking remand. Thus, the only remaining claim is for $50,000 under the subject insurance policy. That claim is best litigated in state court since it is well below the jurisdictional amount necessary for subject matter jurisdiction in this court.

A separate order granting plaintiffs' motion to remand and remanding this case to the Circuit Court for Greene County, Missouri is being entered herewith.

Date: March 14, 2014        ___/s/_____
                            J. Frederick Motz
                            United States District Judge